IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARQUETTE EQUIPMENT FINANCE, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:07cv676 ) ) |
| ROWE FINE FURNITURE, INC., et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Defendants' Motion for Summary Judgment (Dkt. no. 28), Plaintiff's Motion for Reconsideration of Order on Motion to Dismiss (Dkt. no. 25), and Plaintiff's Motion for Leave to File Supplemental Exhibit to Opposition to Motion for Summary Judgment (Dkt. no. 36). Upon review of the pleadings in the aforesaid motions, after having heard oral argument on this date, and for the reasons stated from the bench, it is hereby

ORDERED that Defendants' Motion for Summary Judgment (Dkt. no. 28) is DENIED; Plaintiff's Motion for Reconsideration of Order on Motion to Dismiss (Dkt. no. 25) is DENIED; and Plaintiff's Motion for Leave to File Supplemental Exhibit to Opposition to Motion for Summary Judgment (Dkt. no. 36) is GRANTED.

ENTERED this 26th day of October, 2007.

\_\_\_\_\_/s/_____
Liam O'Grady
United States District Judge

Alexandria, Virginia